# EXHIBIT A

AP

ASSOCIATED PRESS

Oval Road, Camden Lock
London N1 9LY
United Kingdom

6 November 2014

ap.org

Federal Bureau of Investigation
Attn: FOI/PA Request
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843
E-mail: foiparequest@ic.fbi.gov

CC:

Federal Bureau of Investigation
Seattle Division
Attn: Public Affairs Specialist Ayn Dietrich-Williams
1110 3rd Avenue
Seattle, WA 98101-2904
Email: Ayn.Dietrich@ic.fbi.gov

Dear FOIA Officer(s):

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552, I request documents sufficient to identify the following information surrounding the decision to create a bogus Associated Press news story as part of the investigation into the Timberline High School bomb threats in 2007 in Olympia, Washington.

Specifically, I seek:

- Any documents referring to the decision to create the fake AP news article in the Timberline High School case. In particular, I seek correspondence between the FBI's Seattle office and FBI headquarters about the case. I also seek a copy of the internal review carried out by the FBI and a copy of the Web link sent by the FBI to suspect in 2007.

- An accounting of the number of times, between Jan. 1, 2000 and Nov. 6, 2014, that the Federal Bureau of Investigation has impersonated media organizations or generated media-style material (including but not limited to emails, webpages or links) to deliver malicious software to suspects or anyone else caught up in an investigation.

- Any documents _ including training material, reviews and policy briefings _ dealing with the creation and deployment of bogus news stories or media-style material in an investigative context.

I note that in comments to the Seattle Times published on Oct. 27 and Oct. 28, special agent Frank Montoya Jr. said that the "use of that type of technique happens in very rare circumstances." He added that the decision to impersonate a media organization in an effort to catch the Timberline High School suspect "was looked at in the review process" and that the FBI routinely reviews cases that might touch on First Amendment issues. He added that his review of the Timberline High School case showed "there was plenty of discussion" surrounding the decision. [1][2]

Given the rarity with which such a technique is used and given that the technique appears to be reviewed as a matter of routine, I trust it will not be overly difficult to supply an accounting of the number of times such a tactic was deployed. Additionally, I note the amount of discussion generated internally and the speed with which special agent Frank Montoya Jr. was able to locate it. Therefore I trust it will not be overly difficult to provide the relevant documents.

I am making this request as a reporter with AP and this request is made as part of newsgathering and not for commercial use.  As a representative of the news media I am only required to pay for the direct cost of duplication after the first 100 pages.

I ask that you waive any and all applicable fees associated with this request.  Through this request, I am gathering information on law enforcement's use of offensive software and their use of media organizations or media-style content to help camouflage it.  Release of this information is in the public interest because it will contribute significantly to public understanding of government operations and activities, particularly insofar as it involves the deployment of high-tech tools whose use is controversial, is little understood by the general public and has generated significant public debate.[3] If you deny this request for a fee waiver, please advise me in advance of the estimated charges if they are to exceed $100.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the Act. I will also expect you to release all segregable portions of otherwise exempt material.  I reserve the right to appeal your decision to withhold any information or to deny a waiver of fees.

I also ask that you provide expedited review of this request which concerns a matter of urgency. The information sought relates to a currently unfolding news story, specifically, the FBI's use of media organizations as cover to hack into suspects' computers and the appropriation of media groups' branding to help camouflage covert action. Some have argued those actions place reporters at risk of harm and chip away at the credibility of legitimate newsgathering organizations. Second, the request obviously concerns federal government activity, as the request seeks information on how and why officials

impersonate media organizations. Finally, as the world's oldest and largest news organization, the AP is a credible requester. I certify that my statements concerning the need for expedited review are true and correct to the best of my knowledge and belief.

If you deny expedited processing, I expect to receive a response to the request within 20 business days, as the statute requires.

As I am making this request as a journalist and the information is of timely value, I would appreciate your communicating with me by telephone +44 7795 487 087 or e-mail rsatter@ap.org, rather than by mail, if you have questions regarding this request

Finally, I note that President Obama's January 21, 2009 "Presidential Memorandum for the Heads of Executive Departments and Agencies on the Freedom of Information Act" specifically stated that in responding to requests under the FOIA, "executive branch agencies should act promptly and in a spirit of cooperation, recognizing that such agencies are servants of the public." Moreover, it held that all agencies "should adopt a presumption in favor of disclosure, in order to renew their commitment to the principles embodied in FOIA, and to usher in a new era of open Government.  The presumption of disclosure should be applied to all decisions involving FOIA."

In the spirit of such cooperation and the presumption of disclosure, I look forward to your prompt response.

Thank you for your assistance.

Sincerely,

Raphael Satter

[1] "FBI created fake Seattle Times Web page to nab bomb-threat suspect," Mike Carter, *Seattle Times* (Oct. 27, 2014) http://seattletimes.com/html/localnews/2024888170_fbinewspaper1xml.html

[2] "FBI confirms it used fake story, denies bogus Times Web link" Mike Carter, *Seattle Times* (Oct. 28, 2014) http://seattletimes.com/html/localnews/2024894799_fbifakestoryxml.html

[3] "*Seattle Times* Furious with FBI over Allegations That the Agency Impersonated the Newspaper" Ansel Herz, *The Stranger* (Oct. 27, 2014) http://www.thestranger.com/slog/archives/2014/10/27/seattle-times-furious-with-fbi-over-allegations-that-the-agency-impersonated-the-newspaper