# EXHIBIT C

**REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

1101 Wilson Blvd., Suite 1100
Arlington, Va. 22209-2211
(703) 807-2100
www.rcfp.org

Bruce D. Brown
Executive Director
bbrown@rcfp.org
(703) 807-2101

STEERING COMMITTEE

SCOTT APPLEWHITE
*The Associated Press*
WOLF BLITZER
*CNN*
DAVID BOARDMAN
*Temple University*
CHIP BOK
*Creators Syndicate*
JAN CRAWFORD
*CBS News*
MICHAEL DUFFY
*Time*
RICHARD S. DUNHAM
*Tsinghua University, Beijing*
ASHLEA EBELING
*Forbes Magazine*
SUSAN GOLDBERG
*National Geographic*
FRED GRAHAM
*Founding Member*
JOHN C. HENRY
*Freelance*
NAT HENTOFF
*United Media Newspaper Syndicate*
JEFF LEEN
*The Washington Post*
DAHLIA LITHWICK
*Slate*
TONY MAURO
*National Law Journal*
JANE MAYER
*The New Yorker*
DAVID McCUMBER
*Hearst Newspapers*
JOHN McKINNON
*The Wall Street Journal*
DOYLE MCMANUS
*Los Angeles Times*
ANDREA MITCHELL
*NBC News*
MAGGIE MULVIHILL
*Boston University*
BILL NICHOLS
*Politico*
JEFFREY ROSEN
*The New Republic*
CAROL ROSENBERG
*The Miami Herald*
THOMAS C. RUBIN
*Microsoft Corp.*
ERIC SCHMITT
*The New York Times*
ALICIA SHEPARD
*Freelance*
MARGARET LOW SMITH
*The Atlantic*
JENNIFER SONDAG
*Bloomberg News*
PAUL STEIGER
*Pro Publica*
PIERRE THOMAS
*ABC News*
SAUNDRA TORRY
*USA Today*
JUDY WOODRUFF
*PBS/The NewsHour*

*Affiliations appear only
  for purposes of identification.*

Adam Marshall
Hannah Bloch-Wehba
Reporters Committee for Freedom of the Press
1101 Wilson Blvd., Suite 1100
Arlington, VA 22209

Federal Bureau of Investigation
Attn: FOI/PA Request
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843
Fax: (540) 868-4391/4997
foiparequest@ic.fbi.gov

October 31, 2014

Via facsimile and electronic mail

**RE: FREEDOM OF INFORMATION ACT REQUEST**

    **Fee waiver requested**
    **Expedited processing requested**

Dear FOIA Officer:

    This letter constitutes a request under the federal Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted on behalf of the Reporters Committee for Freedom of the Press ("RCFP" or the "Reporters Committee") to the Federal Bureau of Investigation ("FBI"). The Reporters Committee is a nonprofit association of news reporters and editors.

I. Records Requested

    Pursuant to the FOIA, I, on behalf of the RCFP, request access to and copies of all records concerning the FBI's guidelines and policies concerning undercover operations or activities in which a person may act as a member of the news media, including, but not limited to, the guidelines and policies relating to the criminal and national security undercover operations review committees and the Sensitive Operations Review Committee; guidelines and policies concerning the use of investigative methods targeting or affecting the news media, including, but not limited to, sensitive Title III applications; and all guidelines and policies concerning sensitive investigative matters involving the activities of the news media or relating to the status, involvement, or impact of an investigation upon the news media.

I would like to receive the information in electronic form, preferably PDFs. If possible, please also provide PDFs that have been subjected to optical character recognition (OCR) or are otherwise electronically searchable, in order to facilitate public access to the content of the information.

II. Fee Waiver Requested

As a representative of the news media, I am only required to pay for the direct cost of duplication after the first 100 pages. Through this request, I am gathering information that relates to the FBI's use of links to news media websites in its investigation of US citizens. Such tactics have recently sparked widespread public debate.[1] This information is being sought on behalf of the Reporters Committee for dissemination to the general public through multiple avenues, including its website,[2] email newsletters, and *The News Media & The Law*,[3] RCFP's quarterly magazine that has been continuously published since 1977.

In addition, I request that you waive any applicable fees. Release of the information is in the public interest because it will contribute significantly to public understanding of government operations and activities.[4] There has been widespread public debate and interest in the FBI's creation of a fake news story to plant software on a suspect's computer.[5] Information gathered through this request will help the public understand how the FBI's internal policies and guidelines govern its use of media website links in investigations and undercover operations.

This request is not primarily in the commercial interest of the Reporters Committee.[6] RCFP is a designated 501(c)(3) nonprofit association of news reporters and editors. This information is being sought for free dissemination to the general public through the several publishing avenues of the Reporters Committee.

In the case that my request for a fee waiver is denied, I am willing to pay up to $50.00 to process my request. Please inform me if the fees will exceed that amount.

---

[1] *See*, *e.g.*, Ellen Nakashima & Paul Farhi, *FBI lured suspect with fake Web page, but may have leveraged media credibility*, THE WASHINGTON POST (Oct. 28, 2014), http://www.washingtonpost.com/world/national-security/fbi-lured-suspect-with-fake-web-page-but-may-have-leveraged-media-credibility/2014/10/28/e6a9ac94-5ed0-11e4-91f7-5d89b5e8c251_story.html?hpid=z6.
[2] https://www.rcfp.org/.
[3] *Available at* http://www.rcfp.org/magazine-archive.
[4] 28 C.F.R. § 16.11(k); 5 U.S.C. § 552(a)(4)(A)
[5] Mike Carter, *FBI created fake Seattle Times Web page to nab bomb-threat suspect*, THE SEATTLE TIMES (Oct. 27, 2014), http://seattletimes.com/html/localnews/2024888170_fbinewspaper1xml.html.
[6] 28 C.F.R. § 16.11(k)(ii).

2

III. Expedited Processing Requested

Please provide expedited processing of this request, which concerns a matter of urgency to inform the public about federal government activity.[7]  Additionally, the Reporters Committee is primarily engaged in the dissemination of information. As noted above, the Reporters Committee is a nonprofit association of news reporters and editors, and it routinely publishes information on its website, through email newsletters, and through its quarterly magazine, *The News Media & The Law*.  RCFP intends to disseminate information obtained through this request to the general public through these publications.

The public has an urgent need for information about the FBI's use of these guidelines and policies because of pending proposed changes to Rule 41 of the Federal Rules of Criminal Procedure. As you are aware, Rule 41 regards the issuance of warrants to federal law enforcement officers.  The Judicial Conference Advisory Committees on Appellate, Bankruptcy, Civil, and Criminal Rules has recently proposed several changes to Rule 41, and has invited the public to both present testimony at public hearings and submit comments on the proposed changes.[8]  The proposed changes specifically address, among other things, the authority of magistrate judges to authorize the use of "remote access" to search electronic storage.[9]  It is therefore imperative that citizens of the United States have access to records that allow them to understand how the FBI's guidelines and policies affect the FBI's use of Rule 41 search warrants, as well as other means, to impersonate any member of the news media, so that they may comment on the proposed changes.  Access to such information is necessary for the democratic process to function properly.

I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief.

IV. Conclusion

If this request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act.  I will also expect you to release all segregable portions of otherwise exempt material.

If you have any questions regarding this request, please do not hesitate to call me at (571) 481-9324 or by email at amarshall@rcfp.org

---

[7] 28 C.F.R. § 16.5(d)(1)(ii).
[8] *Proposed Amendments Published for Public Comment*, UNITED STATES COURTS, http://www.uscourts.gov/rulesandpolicies/rules/proposed-amendments.aspx (last accessed Oct. 29, 2014).
[9] Committee on Rules of Practice and Procedure of the
Judicial Conference of the United States, *Preliminary Draft of Proposed Amendments to the Federal Rules of Appellate, Bankruptcy, Civil, and Criminal Procedure*, UNITED STATES COURTS (Aug. 2014), http://www.uscourts.gov/uscourts/rules/preliminary-draft-proposed-amendments.pdf.

I look forward to your determination regarding my request for expedited processing within 10 calendar days of this request.[10]

Thank you in advance for your assistance in this matter.


Sincerely,



Adam Marshall
Jack Nelson Legal Fellow



Hannah Bloch-Wehba
Stanton Foundation Fellow

---

[10] 5 U.S.C. § (a)(6)(E)(ii); 28 C.F.R. § 16.5(d)(4).

4