## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

—————————————————————————— )
THE REPORTERS COMMITTEE FOR   )
FREEDOM OF THE PRESS,         )
1156 15th Street NW,          )
Suite 1250                    )
Washington, D.C. 20005,       )
                              )
and                           )
                              )
THE ASSOCIATED PRESS,         )
450 West 33rd Street.         )
New York, NY 10001,           )
                              )
          Plaintiffs,         )
                              )
          v.                  )      Civil Action No: 15-1392 RJL
                              )
FEDERAL BUREAU                )
OF INVESTIGATION,             )
935 PelmsylvaniaAvenue, NW    )
Washington, D.C. 20535,       )
                              )
and                           )
                              )
UNITED STATES DEPARTMENT      )
OF JUSTICE,                   )
950 Pennsylvania Avenue, NW   )
Washington, D.C. 20530,       )
                              )
          Defendants.         )
—————————————————————————— )

## DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

Defendants, the Federal Bureau of Investigation ("FBI"), and the United States Department of Justice ("DOJ"), by and through their undersigned counsel, hereby answer the Complaint as follows.

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

In response to the specifically-enumerated paragraphs, as set forth in the Complaint, defendants admit, deny and otherwise aver as follows:

1.   Defendants admit this is an action brought under the Freedom of Information Act ("FOIA"). Defendant lacks sufficient information to admit or deny the remaining facts.

2.   This paragraph contains plaintiff's characterization of this action, to which no response is required.  To the extent a response is required, defendant admits that this is an action brought under the FOIA and that plaintiff seeks the relief specified therein.  The remainder of plaintiff's allegations are denied.

### Parties

3.   Defendants lack sufficient facts to answer.

4.   Defendants lack sufficient facts to answer.

5.   Defendants admit that DOJ is an agency within the federal government. Defendants admit that defendant FBI possesses certain records requested by plaintiffs.

6.    Defendants admit that the FBI is a component of DOJ, which is an agency within the federal government, and possesses certain records requested by plaintiffs.

### Jurisdiction and Venue

7.    This is a statement of law to which no response is required.

8.    This is a statement of law to which no response is required.

### Facts

9.    Defendants lack sufficient information to admit or deny all the allegations, which do not pertain to the processing of plaintiffs' FOIA requests. Defendants defer to the documents identified for a true and accurate description of their contents.

10.   Defendants lack sufficient information to admit or deny all the allegations, which do not pertain to the processing of plaintiffs' FOIA requests. Defendants defer to the documents identified for a true and accurate description of their contents.

11.   Defendants lack sufficient information to admit or deny all the allegations, which do not pertain to the processing of plaintiffs' FOIA requests. Defendants defer to the documents identified for a true and accurate description of their contents.

12.   Defendants lack sufficient information to admit or deny all the allegations, which do not pertain to the processing of plaintiffs' FOIA requests. Defendants defer to the documents identified for a true and accurate description of their contents.

13.   Defendants lack sufficient information to admit or deny all the allegations, which do not pertain to the processing of plaintiffs' FOIA requests. Defendants defer to the documents identified for a true and accurate description of their contents.

14.   Defendants lack sufficient information to admit or deny all the allegations, which do not pertain to the processing of plaintiffs' FOIA requests. Defendants defer to the documents identified for a true and accurate description of their contents.

15.   Defendants lack sufficient information to admit or deny all the allegations, which do not pertain to the processing of plaintiffs' FOIA requests. Defendants defer to the documents identified for a true and accurate description of their contents.

16.   Defendants lack sufficient information to admit or deny all the allegations, which do not pertain to the processing of plaintiffs' FOIA requests. Defendants defer to the documents

identified for a true and accurate description of their contents.

17.   Defendants lack sufficient information to admit or deny all the allegations, which do not pertain to the processing of plaintiffs' FOIA requests. Defendants defer to the documents identified for a true and accurate description of their contents.

18.   Defendants lack sufficient information to admit or deny all the allegations, which do not pertain to the processing of plaintiffs' FOIA requests. Defendants defer to the documents identified for a true and accurate description of their contents.

19.   Defendants lack sufficient information to admit or deny all the allegations, which do not pertain to the processing of plaintiffs' FOIA requests. Defendants defer to the documents identified for a true and accurate description of their contents.

20.   Defendants lack sufficient information to admit or deny all the allegations, which do not pertain to the processing of plaintiffs' FOIA requests. Defendants defer to the documents identified for a true and accurate description of their contents.

**Plaintiffs' FOIA Requests**

21.  Defendants admit that a FOIA request was sent on November 6, 2014. The FBI defers to the documents for a true and accurate description of their contents.

22.  Defendants admit that the Associated Press "AP" requested a fee waiver.

23.  Defendants admit and defer to the documents for a true and accurate description of their contents.

24.  Defendants lack sufficient information to admit or deny the allegations.

25.  This is a statement of law to which no response is required.

26.  Defendant admits that the Reporters Committee submitted two FOIA requests.

27.  Defendants admit and defer to the documents for a true and accurate description of their contents.

28.  Defendants admit and defer to the documents for a true and accurate description of their contents.

29.  Defendants admit and defer to the documents for a true and accurate description of their contents.

30.  Defendants admit and defer to the documents for a true and accurate description of their contents.

31.  Defendants lack sufficient information to admit or deny.

32.  This is a statement of law to which no response is
required.

33.  Defendants admit and defer to the document for a true and
accurate description of its contents.

34.  Defendants admit and defer to the document for a true and
accurate description of its contents.

35.  Defendants admit and defer to the document for a true and
accurate description of its contents.

36.  Defendants lack sufficient information to admit or deny the
allegations.

37.  Defendants admit and defer to the document for a true and
accurate description of its contents.

38.  Defendants admit and defer to the document for a true and
accurate description of its contents.

39.  Defendants admit and defer to the document for a true and
accurate description of its contents.

40.  Defendants admit and defer to the document for a true and
accurate description of its contents.

41.  Defendants admit and defer to the document for a true and
accurate description of its contents.

42.  Defendants admit and defer to the document for a true and
accurate description of its contents.

43.  Defendants admit and defer to the document for a true and
accurate description of its contents.

44.   Defendants admit the allegations.

45.   Defendants admit the allegations.

46.   Defendants admit and defer to the document for a true and accurate description of its contents.

47.   Defendants admit Mr. Sobonya wrote to Reporters Committee requesting copies of the FOIA requests. Defendants lack sufficient information to admit or deny the remaining statement of facts.

48.   Defendants admit and defer to the document for a true and accurate description of its contents.

49.   Defendants admit and defer to the document for a true and accurate description of its contents.

50.   Defendants admit and defer to the documents for a true and accurate description of their contents.

51.   Defendants admit the Reporters Committee filed an appeal and defer to the document for a true and accurate description of its contents.

52.   Defendants admit the Reporters Committee filed an appeal and defer to the document for a true and accurate description of its contents.

53.   Defendants admit that OIP issued a response and defer to the document for a true and accurate description of its contents.

54.  Defendants admit that OIP issued a response and defer to the document for a true and accurate description of its contents.

55.  Defendants admit that OIP issued a response and defer to the document for a true and accurate description of its contents.

56.  Defendants admit the allegations.

57.  Defendants admit the allegations.

## Causes of Action

### Count I

58.  Defendants incorporate the answers above as responsive to this paragraph.

59.  Defendants admit that DOJ is an agency and that the FBI is a component of DOJ.

60.  This is a statement of law to which no response is required.

61.  This is a statement of law to which no response is required.

62.  This is a statement of law to which no response is required.

63.  This is a statement of law to which no response is required.

64.  This is a statement of law to which no response is required.

**Count II**

65.   Defendants incorporate the answers above as responsive to this paragraph.

66.   Defendants admit that DOJ is an agency and that the FBI is a component of DOJ.

67.   This is a statement of law to which no response is required.

68.   This is a statement of law to which no response is required.

69.   This is a statement of law to which no response is required.

**Count III**

70.   Defendants incorporate the answers above as responsive to this paragraph.

71.   Defendants admit that DOJ is an agency and that the FBI is a component of DOJ.

72.   This is a statement of law to which no response is required.

73.   This is a statement of law to which no response is required.

74.   This is a statement of law to which no response is required.

**Count IV**

75.   Defendants incorporate the answers above as responsive to this allegation.

76.   Defendants admit that DOJ is an agency and that the FBI is a component of DOJ.

77.   This is a statement of law to which no response is required.

78.   This is a statement of law to which no response is required.

79.   Deny.

80.   Deny.

81.   Deny.

The remainder of the Complaint is a prayer for relief to which no answer is required, but insofar as an answer is deemed required, defendants deny that plaintiffs are entitled to the requested relief or any relief whatsoever.

Each and every allegation not heretofore expressly admitted or denied is denied.

Respectfully Submitted,


VINCENT H. COHEN, JR.
D.C. BAR # 471489
Acting United States Attorney
  for the District of Columbia


DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division

  /s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL,
D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2561 phone
(202) 252-2599 fax
Marina.Braswell@usdoj.gov