IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**, <br><br> and <br><br> **THE ASSOCIATED PRESS**, <br><br>     Plaintiffs, <br><br>     v. <br><br> **FEDERAL BUREAU OF INVESTIGATION,** <br><br> and <br><br> **UNITED STATES DEPARTMENT OF JUSTICE** <br><br>     Defendants. | Civil Action No. 15-cv-1392 (RJL) |

**[PLAINTIFFS' PROPOSED] SCHEDULING ORDER**

Upon review of the parties' Joint Meet and Confer Statement filed concurrently herewith, it is hereby **ORDERED** that the following schedule shall govern proceedings in this case:

1. On or before **November 30, 2015**, Defendants shall complete their production of all records responsive to Plaintiffs' three pending Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") requests that Defendants do not claim are exempt from disclosure under the FOIA.

2. On or before **December 7, 2015**, Defendants shall produce to Plaintiffs a *Vaughn* index detailing what records, if any, have been withheld from production in response to Plaintiffs' FOIA requests, and the statutory basis for such

1

withholding.  Defendants shall also inform Plaintiffs as to the search terms that were used in the processing of their FOIA requests, the places that were searched, and any additional steps taken to locate responsive records.

3. On or before **December 14, 2015** the parties shall meet and confer and submit to the Court a joint status report informing the Court as to whether motions practice will be necessary, and whether Plaintiffs will seek discovery.  If Plaintiffs determine that motions practice is necessary, and that discovery is needed, the parties shall meet and confer concerning a discovery plan and shall include said discovery plan with their joint status report.

4. If motions practice is deemed necessary by the parties but Plaintiffs do not intend to seek discovery, then the following briefing schedule will apply:

    a. Any motion for summary judgment by Defendants shall be filed and served on or before **January 14, 2016**.

    b. Any opposition to Defendants' motion for summary judgment and any cross-motion for summary judgment by Plaintiffs shall be filed on or before **February 16, 2016**.

    c. Any opposition to Plaintiffs' cross-motion for summary judgment and reply in support of Defendants' motion for summary judgment shall be filed on or before **March 15, 2016**.

    d. Any reply in support of Plaintiffs' cross-motion for summary judgment shall be filed on or before **March 30, 2016**.

**SO ORDERED.**

Dated _____, 2015

_____
**HON. RICHARD J. LEON**
**United States District Judge**

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
DC Bar No. 1026115
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org
*Counsel for Plaintiffs*