IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**, <br><br> and <br><br> **THE ASSOCIATED PRESS**, <br><br>     Plaintiffs, <br><br>     v. <br><br> **FEDERAL BUREAU OF INVESTIGATION,** <br><br> and <br><br> **UNITED STATES DEPARTMENT OF JUSTICE** <br><br>     Defendants. | Civil Action No. 15-cv-1392 (RJL) |

### [DEFENDANTS' PROPOSED] SCHEDULING ORDER

Upon review of the parties' Joint Meet and Confer Statement, it is hereby **ORDERED** that the following schedule shall govern proceedings in this case:

1. On or before **February 26, 2016**, Defendants shall complete their production of all non-exempt records responsive to Plaintiffs' three pending Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") requests.

2. On or before **March 11, 2016,** the parties shall submit to the Court a joint status report informing the Court as to whether motions practice will be necessary.

1

3. If motions practice is deemed necessary by the parties, then the following briefing schedule will apply:

    a. **March 28, 2016** for Defendants' motion for summary judgment.

    b. **April 11, 2016** for Plaintiffs' opposition to Defendants' motion, and any cross-motion for summary judgment by Plaintiffs.

    c. **April 25, 2016** for Defendants' reply in support of Defendants' motion for summary judgment and opposition to Plaintiffs' cross-motion if a cross-motion is filed.

    d. **May 9, 2016** for Plaintiffs' reply in support of Plaintiffs' cross-motion if a cross-motion is filed.

**SO ORDERED.**

Dated _____, 2015

_____
**HON. RICHARD J. LEON**
**United States District Judge**

3

Respectfully Submitted,

*/s/ Andrew M. Bernie*
ANDREW M. BERNIE (DC BAR# 995376)
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone:  (202) 616-8488
Fax:  (202) 616-8470
E-mail:  andrew.m.bernie@usdoj.gov

*Counsel for Defendants*