IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**, <br><br> and <br><br> **THE ASSOCIATED PRESS**, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br> **FEDERAL BUREAU OF INVESTIGATION,** <br><br> and <br><br> **UNITED STATES DEPARTMENT OF JUSTICE** <br><br>　　　　　Defendants. | Civil Action No. 15-cv-1392 (RJL) |

## JOINT STATUS REPORT

The Reporters Committee for Freedom of the Press ("Reporters Committee" or "RCFP") and The Associated Press ("AP") (collectively, "Plaintiffs"), and the Federal Bureau of Investigation ("FBI") and United States Department of Justice ("DOJ") (collectively, "Defendants"), by and through their undersigned counsel, hereby submit this Joint Status Report in accordance with this Court's January 19, 2016 Scheduling Order, Dkt. 15, (hereinafter the "Scheduling Order").

On February 26, 2016 Defendants released to Plaintiffs 186 pages, in redacted form, of 267 pages of records reviewed in response to the three Freedom of Information Act, 5 U.S.C. §

1

552, ("FOIA") Requests submitted by Plaintiffs in October and November of 2014 that are at issue in this lawsuit.

On March 8, 2016, counsel for Plaintiffs and Defendants met and conferred telephonically to discuss Defendants' production.  During that call, Plaintiffs' counsel raised issues concerning the sufficiency of Defendants' search for records responsive to Plaintiffs' FOIA Requests, and the parties agreed that motions practice concerning the asserted grounds for Defendants' withholding of certain records and/or portions thereof will also be necessary. Plaintiffs and Defendants thus intend to brief motions for summary judgment pursuant to the briefing schedule set forth in the Court's Scheduling Order.

Dated:  March 11, 2016

                Respectfully submitted,

                */s/ Katie Townsend*
                Katie Townsend
                DC Bar No. 1026115
                THE REPORTERS COMMITTEE FOR
                FREEDOM OF THE PRESS
                1156 15th St. NW, Suite 1250
                Washington, DC 20005

                Phone: 202.795.9300
                Facsimile: 202.795.9310
                Email: ktownsend@rcfp.org

                *Counsel for Plaintiffs*

                BENJAMIN C. MIZER
                Principal Deputy Assistant Attorney General

                ELIZABETH J. SHAPIRO
                Deputy Director
                U.S. Department of Justice
                Civil Division, Federal Programs Branch

   */s/ Andrew M. Bernie*
ANDREW M. BERNIE (DC BAR# 995376)
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone:  (202) 616-8488
Fax:  (202) 616-8470
E-mail:  andrew.m.bernie@usdoj.gov

*Counsel for Defendants*