AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| The Reporters Committee for Freedom of the Press and the Associated Press | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15-cv-01392 (RJL) |
| Federal Bureau of Investigation and U.S. Dep't of Justice | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Reporters Committee for Freedom of the Press and The Associated Press

Date:    3/28/16

*Attorney's signature*

Adam A. Marshall, DC Bar No. 1029423
*Printed name and bar number*

1156 15th St. NW, Suite 1250
Washington, DC 20005
*Address*

amarshall@rcfp.org
*E-mail address*

(202) 795-9308
*Telephone number*

(202) 795-9310
*FAX number*