IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, <br><br> and <br><br> THE ASSOCIATED PRESS, <br><br>      Plaintiffs, <br><br>   v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> and <br><br> UNITED STATES DEPARTMENT OF JUSTICE <br><br>      Defendants. | Civil Action No. 15-cv-1392 (RJL) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND/OR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7, and in accordance with

the Scheduling Order entered by this Court on January 19, 2016, ECF No. 15, the Reporters

Committee for Freedom of the Press ("Reporters Committee" or "RCFP") and The Associated

Press ("AP") (collectively, "Plaintiffs") respectfully move the Court for summary judgment

and/or partial summary judgment in their favor and against the Federal Bureau of Investigation

("FBI") and United States Department of Justice ("DOJ") (collectively, "Defendants" or the

"Government") as to the (1) inadequacy of the Government's search for records responsive to

Plaintiffs' three requests under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and

1

(2) the Government's improper withholding of records responsive to those requests, in whole and in part, from Plaintiffs.

In support of this Motion for Summary Judgment and/or Partial Summary Judgment ("Motion") and in Opposition to Defendants' Motion for Summary Judgment, Plaintiffs submit the following: (1) Memorandum of Law; (2) Statement of Material Facts as to Which There Is No Genuine Issue and Response to Defendants' Statement of Material Facts; (3) Declaration of Katie Townsend; and (4) Declaration of Brian Barrett.  Concurrently with this Motion, Plaintiffs also submit a Motion for *In Camera* Review and/or Other Appropriate Relief.

This Motion is based on the concurrently filed Memorandum of Law all pleadings, records, and files in the above-captioned case, and on such argument as may be presented by counsel at any hearing on this Motion.  This Motion is made following conferences of counsel, pursuant to Local Rule 7(m), which occurred telephonically on March 8, 2016.

Plaintiffs respectfully request an oral hearing on their Motion pursuant to Local Rules 7(f) and 78.1 at a date and time that is convenient for the Court.

Dated:  April 25, 2016

                                                      Respectfully submitted,

                                                      */s/ Katie Townsend*
                                                      Katie Townsend
                                                      DC Bar No. 1026115
                                                      Bruce D. Brown
                                                      DC Bar No. 457317
                                                      Adam A. Marshall
                                                      DC Bar No. 1029423
                                                      THE REPORTERS COMMITTEE FOR
                                                      FREEDOM OF THE PRESS
                                                      1156 15th St. NW, Suite 1250
                                                      Washington, DC 20005
                                                      Phone: 202.795.9300

Facsimile: 202.795.9310
Email: ktownsend@rcfp.org
Email: bbrown@rcfp.org
Email: amarshall@rcfp.org

*Counsel for Plaintiffs*

*Of Counsel for The Associated Press*:
Karen Kaiser
Brian Barrett
THE ASSOCIATED PRESS
450 West 33rd Street
New York, NY 10001
Telephone: 212.621.7547
Facsimile: 212.506.6131
E-mail: kkaiser@ap.org
E-mail: bbarrett@ap.org

*Of Counsel for The Reporters Committee for Freedom of the Press*:
Hannah Bloch-Wehba
THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: hblochwehba@rcfp.org