## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**, <br><br> and <br><br> **THE ASSOCIATED PRESS**, <br><br>         Plaintiffs, <br><br>     v. <br><br> **FEDERAL BUREAU OF INVESTIGATION,** <br><br> and <br><br> **UNITED STATES DEPARTMENT OF JUSTICE** <br><br>        Defendants. | Civil Action No. 15-cv-1392 (RJL) |

### DECLARATION OF KATIE TOWNSEND

I, Katie Townsend, declare as follows:

1.      I am the Litigation Director at the Reporters Committee for Freedom of the Press ("Reporters Committee"), an unincorporated nonprofit association located in Washington, D.C., a position I have held since September of 2014.  I am an attorney and counsel of record for Plaintiffs in this matter.  I am a member in good standing of the bar for the District of Columbia, and am admitted to practice before this Court.  I have personal knowledge of the matters stated in this declaration.

2.      Attached hereto as Exhibit A is a true and correct copy of the following publicly available news article:  Mike Carter, *FBI created fake Seattle Times Web page to nab bomb-*

*threat suspect*, Seattle Times (Oct. 27, 2014), obtained from http://www.seattletimes.com/seattle-news/fbi-created-fake-seattle-times-web-page-to-nab-bomb-threat-suspect/, *archived at* https://perma.cc/78WE-DMLS.

3.     Attached hereto as Exhibit B is a true and correct copy of the following publicly available news article: Ellen Nakashima and Paul Farhi, *FBI lured suspect with fake Web page, but may have leveraged media credibility*, Wash. Post (Oct. 28, 2014), obtained from https://www.washingtonpost.com/world/national-security/fbi-lured-suspect-with-fake-web-page-but-may-have-leveraged-media-credibility/2014/10/28/e6a9ac94-5ed0-11e4-91f7-5d89b5e8c251_story.html, *archived at* https://perma.cc/MF9V-SBZ6.

4.     Attached hereto as Exhibit C is a true and correct copy of the following publicly available news article: Ansel Herz, *FBI Spokesperson Suggests Posing As an Associated Press Reporter Is No Different Than Posing As a Dentist*, The Stranger (Oct. 30, 2014, 3:03 PM), obtained from http://slog.thestranger.com/slog/archives/2014/10/30/fbi-spokesperson-suggests-posing-as-an-associated-press-reporter-is-no-different-than-posing-as-a-dentist, *archived at* https://perma.cc/SD5N-NX8G.

5.     Attached hereto as Exhibit D is a true and correct copy of the following publicly available editorial:  Editorial, *Deceptions of the F.B.I.*, The N.Y. Times (Oct. 31, 2014), obtained from http://mobile.nytimes.com/2014/11/01/opinion/deceptions-of-the-fbi.html, *archived at* https://perma.cc/N8GL-MEYD.

6.     Attached hereto as Exhibit E is a true and correct copy of a letter dated November 6, 2014 sent to then-Attorney General Eric Holder by the Reporters Committee and a coalition of 25 other media organizations regarding the FBI's 2007 impersonation of the AP.  This letter is

publicly available at https://www.rcfp.org/sites/default/files/2014-11-06-letter-to-doj-fbi-regarding-se.pdf, and archived at https://perma.cc/NEB5-F6LK.

7.     Attached hereto as Exhibit F is a true and correct copy of a publicly available letter from U.S. Senator Patrick Leahy to then-Attorney General Eric Holder dated October 30, 2014, obtained from http://images.politico.com/global/2014/10/31/10-30-14_leahy_to_holder_re_-_fbi_fake_ap_article.html.

8.     Attached hereto as Exhibit G is a true and correct copy of a publicly available press release issued by the Office of U.S. Senator Chuck Grassley setting forth the text of a June 12, 2015 letter it states was sent by Senator Grassley to FBI Director James Comey, that was obtained from http://www.grassley.senate.gov/news/news-releases/grassley-seeks-details-fbi-spyware-programs, and is archived at https://perma.cc/T3S9-NJJ2.

9.     Attached hereto as Exhibit H is a true and correct copy of the following publicly available letter to the editor of *The New York Times*: James Comey, *Letter to the Editor*, The New York Times (Nov. 6, 2014), obtained from http://mobile.nytimes.com/2014/11/07/opinion/to-catch-a-crook-the-fbis-use-of-deception.html, *archived at* https://perma.cc/GZ4C-N6B5.

10.     Attached hereto as Exhibit I is a true and correct copy of the following publicly available article: Jennifer Lynch, *New FBI Documents Provide Details on Government's Surveillance Spyware*, EFF.org (Apr. 29, 2011), obtained from https://www.eff.org/deeplinks/2011/04/new-fbi-documents-show-depth-government, *archived at* https://perma.cc/A48D-NE5G.

11.     Attached hereto as Exhibit J is a true and correct copy of the following publicly available article: Kevin Poulsen, *FBI Spyware: How Does the CIPAV Work? — UPDATE*, Wired

(July 18, 2007), obtained from www.wired.com/2007/07/fbi-spyware-how, *archived at* https://perma.cc/J2P7-TJCW.

12.    Attached hereto as Exhibit K is a true and correct copy of the following publicly available document that was obtained, at my direction, from ECF:  Application and Affidavit for Search Warrant, ECF No. 1, Case No. 3:07-mj-05114-JPD (W.D. Wash. Jun. 12, 2007).

13.    Attached hereto as Exhibit L is a true and correct copy of the following publicly available document that was obtained, at my direction, from ECF: Search Warrant, ECF No. 2, Case No. 3:07-mj-05114-JPD (W.D. Wash. Jun. 21, 2007).

14.    Attached hereto as Exhibit M is a true and correct copy of the publicly available docket report for the following case that was obtained, at my direction, from ECF: Case No. 3:07-mj-05114-JPD (W.D. Wash.).

15.    Attached hereto as Exhibit N is a true and correct copy of the following publicly available document that was obtained, at my direction, from ECF: Response to Court Order, *United States v. Levin*, No. 1:15-cr-10271-WGY (D. Mass. Apr. 1, 2016), ECF No. 63.

16.    Attached hereto as Exhibit O is a true and correct copy of the following publicly available document that was obtained, at my direction, from ECF: Application for a Search Warrant, *United States v. Network Investigative Technique (NIT)*, No. 1:12-mj-748 (W.D. Tex. Dec. 18, 2012), ECF No. 1.

17.    The Reporters Committee did not receive a letter from the FBI denying expedited processing of FOIPA Request No. 1319138-000.

18.    In meet and confer discussions and correspondence both before and after the Government's release of records in response to this lawsuit, Plaintiffs sought to narrow the issues for presentation to the Court and, if possible, avoid motions practice by proposing that the

4

Government discuss and attempt to reach agreement with Plaintiffs on the scope of its search for records responsive to Plaintiffs' FOIA Requests.  For example, during the initial telephonic meet and confer discussion between counsel for the parties in this case, Brian Barrett and I asked counsel for Defendants for information regarding the scope of the FBI's search or planned search for records responsive to Plaintiffs' FOIA Requests in an attempt to reach some agreement and, if possible, avoid motions practice on that issue.  Defendants' counsel was unable or unwilling to provide that information.  During subsequent meet and confer discussions and in correspondence with counsel for Defendants, I reiterated that request for information about the scope of the FBI's search for responsive records, to no avail.  Plaintiffs had no information about the scope of the search conducted in response to their FOIA Requests before the filing of Defendants' Motion for Summary Judgment.

19.    Similarly, in meet and confer discussions and correspondence both before and after the Government's release of records in response to this lawsuit, I asked counsel for Defendants to agree to provide an itemized justification for each of its redactions and other withholdings as required by *Vaughn*, 484 F.2d at 827—i.e., a *Vaughn* Index—in advance of any summary judgment briefing or, at a minimum, concurrently with any motion for summary judgment filed by Defendants.  I made that request for the purpose of, if possible, narrowing or eliminating issues for resolution by the Court.  Defendants' counsel refused to agree to provide a *Vaughn* Index.

20.    I have reviewed all records provided by Defendants to date in response to Plaintiffs' FOIA requests.

21.    Defendants did not provide Plaintiffs with any records responsive to their FOIA Requests before this lawsuit was filed.

22.     Defendants provided Plaintiffs with a letter dated March 28, 2016 with attached records responsive to Plaintiffs' FOIA Requests.  The attached records did not include any pages previously withheld in full.  Based on my review of those records, the only additional release of information consists of one word in RCFP-63, and four and a half words and an icon for an attachment to an email in RCFP-65.

23.     Defendants have not released any records relating to any specific instance where the FBI has impersonated a member of the news media other than the Seattle/Timberline Incident in response to Plaintiffs' FOIA Requests.

24.     Other than the two records, consisting of 11 pages of material, attached hereto as Exhibit S, Defendants have not released any records relating to the Seattle/Timberline Incident that date from or post-date October 2014.

25.     Attached hereto as Exhibit P are true and correct copies of the following records produced to Plaintiffs in response to their FOIA Requests after this lawsuit was filed:

- RCFP-1 – RCFP-3 (RCFP-2 and RCFP-3 were also included in Exhibit Z to the Hardy Declaration)

26.     Attached hereto as Exhibit Q are true and correct copies of the following records produced to Plaintiffs in response to their FOIA Requests after this lawsuit was filed:

- RCFP-25 – 27 (RCFP-26 was also included in Exhibit Z to the Hardy Declaration)

- RCFP-30 (This page was also included in Exhibit Z to the Hardy Declaration)

27.     Attached hereto, collectively, as Exhibit R are true and correct copies of the following records produced to Plaintiffs in response to their FOIA Requests after this lawsuit was filed:

- RCFP-33 – RCFP-34 (These pages are also included in Exhibit Z to the Hardy Declaration).

- RCFP-37 – RCFP-38 (These pages are also included in Exhibit Z to the Hardy Declaration).

- RCFP-41 – RCFP-43

28.     Attached hereto, collectively, as Exhibit S are true and correct copies of the following records and deleted page information sheet(s) produced to Plaintiffs in response to their FOIA Requests after this lawsuit was filed:

- RCFP-44 – RCFP-54

29.     Of the 267 pages of records Defendants have processed, Defendants have withheld 59 pages in their entirety, including but not limited to the following pages: RCFP-116, 137-38, 155-174.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2016.


  */s/ Katie Townsend*
Katie Townsend