IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**, <br><br> and <br><br> **THE ASSOCIATED PRESS**, <br><br>       Plaintiffs, <br><br>   v. <br><br> **FEDERAL BUREAU OF INVESTIGATION,** <br><br> and <br><br> **UNITED STATES DEPARTMENT OF JUSTICE** <br><br>       Defendants. | Civil Action No. 15-cv-1392 (RJL) |

## [PROPOSED] ORDER

Upon consideration of the Motion for Summary Judgment filed by Defendants the Federal Bureau of Investigation and United States Department of Justice (collectively, "Defendants") and the Motion for Summary Judgment and/or Partial Summary Judgment filed by Plaintiffs the Reporters Committee for Freedom of the Press and The Associated Press (collectively, "Plaintiffs"), the memoranda of law, statements of material facts to which there is no genuine issue, and supporting declarations and exhibits filed therewith, as well as all oppositions and responses thereto, it is HEREBY ORDERED that:

1. Plaintiffs' Motion for Summary Judgment is GRANTED; and

2. Defendants' Motion for Summary Judgement is DENIED; and

3. Defendants shall conduct supplemental searches for records responsive to Plaintiffs' FOIA requests and provide all non-exempt portions of those records to Plaintiffs no later than 30 days from the date of this ORDER, along with a *Vaughn* Index or affidavit describing each withholding and providing a specific, itemized justification therefore; and

4. Defendants shall provide unredacted copies of records labeled RCFP-1 to RCFP-267 to Plaintiffs no later than 14 days from the date of this ORDER.

SO ORDERED, this _____ day of _____, 2016.

_____
HON. RICHARD J. LEON
United States District Judge