UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Case No. 15-1392 (RJL)<br><br>**FILED**<br>FEB 2 3 2017<br>Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

**ORDER**

(February 22, 2017) [Dkts. #18, #19, #20]

For all the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment [Dkt. #18] is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Motion for Summary Judgment and/or Partial Summary Judgment [Dkt. #19] and Plaintiffs' Motion for *In Camera* Review and/or Other Appropriate Relief [Dkt. #20] are **DENIED**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge