IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**,<br><br>and<br><br>**THE ASSOCIATED PRESS**,<br><br>      Plaintiffs,<br><br>   v.<br><br>**FEDERAL BUREAU OF INVESTIGATION,**<br><br>and<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**<br><br>      Defendants. | Civil Action No. 15-cv-1392 (RJL) |

## NOTICE OF APPEAL

Notice is hereby given that the Reporters Committee for Freedom of the Press and The Associated Press, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's order of February 23, 2017 denying their motion for summary judgment and/or partial summary judgment and granting the motion for summary judgment of defendants Federal Bureau of Investigation and the United States Department of Justice (Dkt. # 28).

1

Dated:  March 9, 2017

                                              Respectfully submitted,

                                              */s/ Katie Townsend*
                                              Katie Townsend
                                              DC Bar No. 1026115
                                              Bruce D. Brown
                                              DC Bar No. 457317
                                              Adam A. Marshall
                                              DC Bar No. 1029423
                                              THE REPORTERS COMMITTEE FOR
                                              FREEDOM OF THE PRESS
                                              1156 15th St. NW, Suite 1250
                                              Washington, DC 20005
                                              Phone: 202.795.9300
                                              Facsimile: 202.795.9310
                                              Email: ktownsend@rcfp.org
                                              Email: bbrown@rcfp.org
                                              Email: amarshall@rcfp.org

                                              *Counsel of Record for Plaintiffs*


                                              *Of Counsel for The Associated Press*:
                                              Karen Kaiser
                                              Brian Barrett
                                              THE ASSOCIATED PRESS
                                              450 West 33rd Street
                                              New York, NY 10001
                                              Telephone: 212.621.7547
                                              Facsimile: 212.506.6131
                                              E-mail: kkaiser@ap.org
                                              E-mail: bbarrett@ap.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 9, 2017, an electronic copy of the foregoing Notice of Appeal was filed with the Clerk of Court for the United States District Court for the District of Columbia using the Court's CM/ECF system and was served electronically upon all parties in the case. I certify that all participants in the case are CM/ECF users and that service will be accomplished by the CM/ECF system.

                              */s/ Katie Townsend*