## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**, <br><br> and <br><br> **THE ASSOCIATED PRESS** <br><br>        Plaintiffs, <br><br>     v. <br><br> **FEDERAL BUREAU OF INVESTIGATION,** <br><br> and <br><br> **UNITED STATES DEPARTMENT OF JUSTICE** <br><br>        Defendants. | Civil Action No. 15-cv-1392 (RJL) |

## PRAECIPE REGARDING COUNSELS' CHANGE OF ADDRESS

In accordance with LCvR 83.15(d), counsel for Plaintiff in this matter hereby provides notice that the mailing address of counsel Bruce D. Brown, Katie Townsend, and Adam A. Marshall has changed to the following:

    Reporters Committee for Freedom of the Press
    1156 15th St. NW, Suite 1020
    Washington, DC 20005

Dated: October 4, 2018          Respectfully submitted,

                                           */s/ Katie Townsend*
                                            Katie Townsend
                                            DC Bar No. 1026115
                                            Bruce D. Brown
                                            DC Bar No. 457317
                                            Adam A. Marshall
                                            DC Bar No. 1029423
                                            Reporters Committee for Freedom of the Press

1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone:  202.795.9300
Facsimile:  202.795.9310
Email:  ktownsend@rcfp.org
Email:  bbrown@rcfp.org
Email:  amarshall@rcfp.org

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2018, an electronic copy of the foregoing PRAECIPE REGARDING COUNSELS' CHANGE OF ADDRESS was filed with the Clerk of Court for the United States District Court for the District of Columbia using the Court's CM/ECF system and was served electronically upon all parties in the case.

 _/s/ Katie Townsend_