**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS | ) ) ) | |
| and | ) ) | |
| THE ASSOCIATED PRESS, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 15-cv-01392 (RJL) |
| FEDERAL BUREAU OF INVESTIGATION | ) ) ) | |
| and | ) ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendants. | ) ) | |
| THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-cv-00345 (RJL) |
| FEDERAL BUREAU OF INVESTIGATION | ) ) ) | |
| and | ) ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

Please take notice that undersigned counsel, Vinita B. Andrapalliyal, will substitute for

Joseph C. Dugan as counsel of record for Defendants in this action:

VINITA B. ANDRAPALLIYAL
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11516
Washington, D.C. 20530
(202) 305-0845
Vinita.b.andrapalliyal@usdoj.gov

Pursuant to Local Civil Rule 83.2(j), undersigned counsel certifies that she is familiar with the

Local Rules of this Court and the other materials set forth in Local Civil Rule 83.8(b) and Local

Civil Rule 83.9(a).

Dated: March 13, 2019            Respectfully submitted,

                                 JOSEPH H. HUNT
                                 Assistant Attorney General

                                 ELIZABETH J. SHAPIRO
                                 Deputy Director, Federal Programs Branch

                                 By: *s/ Vinita B. Andrapalliyal*
                                 VINITA B. ANDRAPALLIYAL
                                 Trial Attorney
                                 United States Department of Justice
                                 Civil Division
                                 Federal Programs Branch
                                 P.O. Box 868, Ben Franklin Station
                                 Washington, DC 20044
                                 Tel: (202) 305-0845
                                 Fax: (202) 616-8470
                                 Email: Vinita.b.andrapalliyal@usdoj.gov