UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE REPORTERS COMMITTEE FOR )
FREEDOM OF THE PRESS, *et al.*, )
)
Plaintiffs, )
)
v. ) Civil Case No. 15-1392 (RJL)
)
FEDERAL BUREAU OF )
INVESTIGATION, *et al.*, )
)
Defendants. )

**FILED**
MAR 2 0 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ORDER

(March 20, 2020) [Dkts. #48, #49]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motion for Summary Judgment [Dkt. #48] is **GRANTED**; and it is further

**ORDERED** that plaintiffs' Cross-Motion for Summary Judgment [Dkt. #49] is **DENIED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge