# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**, <br><br>and <br><br>**THE ASSOCIATED PRESS** <br>          Plaintiffs, <br><br>          v. <br><br>**FEDERAL BUREAU OF INVESTIGATION**, <br><br>and <br><br>**UNITED STATES DEPARTMENT OF JUSTICE** <br>          Defendants. | Civil Action No. 15-cv-01392 (RJL) |
| **THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS** <br>          Plaintiff, <br><br>          v. <br><br>**FEDERAL BUREAU OF INVESTIGATION**, <br><br>and <br><br>**UNITED STATES DEPARTMENT OF JUSTICE** <br>          Defendants. | Civil Action No. 18-cv-00345 (RJL) |

**PLAINTIFFS' CONSENT MOTION FOR STAY OF TIME TO FILE
MOTION FOR ATTORNEYS' FEES AND COSTS PENDING APPEAL**

Pursuant to Fed. R. Civ. P. 54, Plaintiffs Reporters Committee for Freedom of the Press (the "Reporters Committee") and The Associated Press ("AP") (collectively, "Plaintiffs") hereby move for entry of an order staying the deadline to file a motion for an award of attorneys' fees and costs in this matter pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(a)(4)(E)(i).  Plaintiffs have conferred with counsel for Defendants Federal Bureau of Investigation ("FBI") and United States Department of Justice ("DOJ") (collectively, "Defendants") regarding the relief sought by this motion; Defendants consent to the relief requested herein.

The above-captioned matter consolidated two separate actions—Civil Action No. 15-1392 and Civil Action No. 18-345—concerning four FOIA requests submitted by RCFP and the AP in 2014 and 2017, respectively.  *See* ECF 34; *see also* Feb. 11, 2019 Minute Order (granting consolidation).  In 2017, this Court granted summary judgment in favor of Defendants following cross-motions for summary judgment in Civil Action No. 15-1392.  ECF 27.  Plaintiffs appealed that ruling to the United States Court of Appeals for the District of Columbia Circuit, which reversed and remanded in favor of Plaintiffs.  *See Reporters Comm. for Freedom of the Press v. Fed. Bureau of Investigation*, 877 F.3d 399, 403–07 (D.C. Cir. 2017) (reversing and remanding as to the sufficiency of the FBI's search for records responsive to Plaintiffs' FOIA requests).

Following remand, Defendants engaged in an additional search for and production of records responsive to Plaintiffs' FOIA requests in both Civil Action No. 15-1392 and Civil Action No. 18-345.  After a second round of summary judgment briefing concerning Defendants' withholding of records and portions thereof pursuant to FOIA Exemptions 5, 6, 7(C), and 7(E), on March 20, 2020 this Court issued a memorandum opinion and order granting Defendants' motion for summary judgment and denying Plaintiffs' motion for summary

judgment. ECF 54–55. This Court's March 20, 2020 opinion and order is a final judgment as defined by Fed. R. Civ. P. 54(a).

Including because they "substantially prevailed" on appeal before the D.C. Circuit in Civil Action No. 15-1392, Plaintiffs anticipate applying for an award of costs and attorneys' fees pursuant to FOIA. *See* 5 U.S.C. § 552(a)(4)(E)(i). Though a motion for an award of attorneys' fees must ordinarily be made within 14 days of the entry of judgment, the Court may extend that deadline. *See* Fed. R. Civ. P. 54(d)(2)(B) (setting 14-day deadline "[u]nless . . . a court order provides otherwise[.]").

The deadline for Plaintiffs to timely appeal from the Court's March 20, 2020 opinion and order is May 19, 2020. Because Plaintiffs may appeal aspects of the Court's ruling, Plaintiffs respectfully request that the Court exercise its authority under Fed. R. Civ. P. 54(d)(2)(B) to stay the deadline by which Plaintiffs may move for an award of costs and attorneys' fees pending the outcome of any such appeal. In the event Plaintiffs do not appeal, Plaintiffs will file their motion for attorneys' fees and costs within 90 days of the Court's March 20, 2020 memorandum opinion and order. Prior to filing any such motion, the parties have agreed to meet and confer on the issue of attorneys' fees and costs in an attempt to reach a resolution that would avoid the need to brief this issue for the Court.

A stay of Plaintiffs' deadline to file would conserve judicial and party resources by avoiding potentially duplicative litigation over attorneys' fees should the D.C. Circuit remand to this Court for additional proceedings. Further, such a stay is in line with this Court's local rules. *See* L. Civ. R. 42.2(b) (permitting a district court to hold fee issues in abeyance pending the outcome of an appeal).

Wherefore, Plaintiffs respectfully request that the motion be granted.  A proposed order is filed herewith.

Dated:  April 2, 2020

                                                */s/ Katie Townsend*
Katie Townsend
DC Bar No. 1026115
Jennifer A. Nelson
DC Bar No. 1011387
Adam A. Marshall
DC Bar No. 1029423
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Phone:  202.795.9300
Facsimile:  202.795.9310
E-mail: ktownsend@rcfp.org
E-mail: jnelson@rcfp.org


Of Counsel for The Associated Press:
Karen Kaiser
Brian Barrett
THE ASSOCIATED PRESS
450 West 33rd Street
New York, NY 10001
Telephone: 212.621.7547
Facsimile: 212.506.6131
E-mail: kkaiser@ap.org
E-mail: bbarrett@ap.org