# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**, <br><br> and <br><br> **THE ASSOCIATED PRESS** <br>　　　　Plaintiffs, <br><br>　　　v. <br><br> **FEDERAL BUREAU OF INVESTIGATION**, <br><br> and <br><br> **UNITED STATES DEPARTMENT OF JUSTICE** <br>　　　　Defendants. | Civil Action No. 15-cv-01392 (RJL) |
| **THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS** <br>　　　　Plaintiff, <br><br>　　　v. <br><br> **FEDERAL BUREAU OF INVESTIGATION**, <br><br> and <br><br> **UNITED STATES DEPARTMENT OF JUSTICE** <br>　　　　Defendants. | Civil Action No. 18-cv-00345 (RJL) |

**[PROPOSED} ORDER**

Upon consideration of Plaintiffs' Consent Motion for Stay of Time to File Motion for Attorneys' Fees and Costs Pending Appeal and the entire record herein;

It is, pursuant to Fed. R. Civ. P. 54, hereby

**ORDERED**, that the motion is granted, and the deadline for filing a motion relating to an award of attorneys' fees and costs shall be stayed pending the outcome of any appeal of this Court's March 20, 2020 memorandum opinion and order granting Defendants' motion for summary judgment and denying Plaintiffs' motion for summary judgment; and

**FURTHER ORDERED** that, in the event Plaintiffs do not appeal, Plaintiffs will file their motion for attorneys' fees and costs within 90 days of the Court's March 20, 2020 memorandum opinion and order.

**SO ORDERED**, this _____ day of _____, 2019.

_____
HON. RICHARD J. LEON
United States District Judge