IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**, <br><br> and <br><br> **THE ASSOCIATED PRESS** <br>     Plaintiffs, <br><br> v. <br><br> **FEDERAL BUREAU OF INVESTIGATION**, <br><br> and <br><br> **UNITED STATES DEPARTMENT OF JUSTICE** <br>     Defendants. | Civil Action No. 15-cv-01392 (RJL) |
| **THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS** <br>     Plaintiff, <br><br> v. <br><br> **FEDERAL BUREAU OF INVESTIGATION**, <br><br> and <br><br> **UNITED STATES DEPARTMENT OF JUSTICE** <br>     Defendants. | Civil Action No. 18-cv-00345 (RJL) |

**NOTICE OF APPEAL**

Notice is hereby given that the Reporters Committee for Freedom of the Press and The Associated Press, plaintiffs in the above-named consolidated case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's order of March 20, 2020 denying their motion for summary judgment and granting the motion for summary judgment of defendants Federal Bureau of Investigation and the United States Department of Justice (Dkt. #55).

Dated:  April 10, 2020

Respectfully submitted,

/s/ Katie Townsend
Katie Townsend
DC Bar No. 1026115
Jennifer A. Nelson
DC Bar No. 1011387
Adam A. Marshall
DC Bar No. 1029423
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Phone:  202.795.9300
Facsimile:  202.795.9310
E-mail: ktownsend@rcfp.org
E-mail: jnelson@rcfp.org

Of Counsel for The Associated Press:
Karen Kaiser
Brian Barrett
THE ASSOCIATED PRESS
450 West 33rd Street
New York, NY 10001
Telephone: 212.621.7547
Facsimile: 212.506.6131
E-mail: kkaiser@ap.org
E-mail: bbarrett@ap.org